**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DERRICK BURROUGHS,

                Plaintiff,

  -against-                     18 **CIVIL** 8641 (PAE)

## JUDGMENT

FEDERAL EXPRESS CORP. and
JOHN DOES 1-10,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2020, Judge Netburn's Report is adopted in full; Burroughs's claims are dismissed, with prejudice; the Court declines to issue a certificate of appealability and certifies that any appeal from this Court's order would not be taken in good faith; therefore, in forma pauperis status is denied for purpose of an appeal; accordingly, this case is closed.

**Dated:** New York, New York
          March 31, 2020

                                                **RUBY J. KRAJICK**
                                                _____
                                                **Clerk of Court**
             **BY:**
                                                _____
                                                **Deputy Clerk**